**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7450

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY LEWIS MATTHEWS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. James C. Turk, Senior District Judge. (6:94-cr-70077-jct)

Submitted: August 8, 2007                 Decided: August 17, 2007

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry Lewis Matthews, Appellant Pro Se. Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Lewis Matthews appeals* the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Matthews, No. 6:94-cr-70077 (W.D. Va., July 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*Matthews filed a notice of appeal outside of the appeal period, and we remanded to the district court to determine whether Matthews demonstrated excusable neglect or good cause warranting an extension of the appeal period. See United States v. Matthews, No. 06-7450, 2007 WL 81678 (4th Cir. Jan. 10, 2007) (unpublished). The district court found Matthews demonstrated excusable neglect or good cause, and therefore we have jurisdiction to address Matthews' appeal.